IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISON

| | |
|---|---|
| IN RE: MOTION TO COMPEL LEXISNEXIS RISK DATA MANAGEMENT INC., PRODUCTION OF DOCUMENTS AND DESIGNATION OF A CORPORATE WITNESS PURSUANT TO FED. R. CIV. P. 45 | CIVIL ACTION FILE NO. _____<br><br>Related Case: *Espinoza v. Experian Information Solutions, Inc.*, No. CV-17-01977-PHX-DLR; United States District Court for the District of Arizona |

## MOTION TO COMPEL AND TO ENFORCE SUBPOENA AGAINST NON-PARTY LEXISNEXIS RISK DATA MANAGEMENT, INC.

Pursuant to Fed. R. Civ. P. 37(a), Plaintiff respectfully moves the Court

to issue an order: (1) overruling Non-Party LexisNexis Risk Data Management,

Inc.'s ("LexisNexis") objections to Plaintiff's Subpoena to Produce Documents,

(2) directing LexisNexis to comply with Plaintiff's Subpoena to Produce

Documents, and produce all documents sought therein, and (3) directing

LexisNexis to comply with the Plaintiff's Subpoena for a Deposition and

produce a witness on a date and time certain at the convenience of the Plaintiff.

The Court has the authority to grant this Motion pursuant Rule 37(a), because

an attorney-issued subpoena from the United States District Court for the

District of Arizona was served upon LexisNexis within the geographic confines of the Northern District of Georgia. Fed. R. Civ. P. 45. The corporate headquarters for LexisNexis is in Alpharetta, Georgia, thus venue and jurisdiction are established. (LexisNexis Opp'n to Pl's Subpoena, Ex. 1). To the extent the Court deems it proper and just, the Plaintiff requests costs and attorneys' fees be awarded as sanctions for bringing this Motion. The factual and legal basis for this Motion are set forth fully in a Brief filed concurrently herewith.

This 15th day of June, 2018.

**MCRAE BERTSCHI & COLE LLC**
Suite 200, 1350 Center Drive
Dunwoody, Georgia 30338

*/s/ Craig E. Bertschi*
Craig E. Bertschi
Georgia Bar No. 055739
ceb@mcraebertschi.com
678.999.1102

Of Counsel:

David A. Chami AZ #027585
PRICE LAW GROUP, APC
1204 E. Baseline Road, Suite 102
Tempe, Arizona 85283
T: (818) 907-2133
E: david@pricelawgroup.com

Susan Mary Rotkis, AZ #032866
Consumer Litigation Associates West, PLLC
382 S. Convent Avenue
Tucson, AZ 85701
T: 520-622-2481
E: srotkis@clalegal.com

*Attorneys for Plaintiff Wendy Espinoza,*
*for herself and on behalf of all*
*those similarly situated individuals*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISON

| | |
|---|---|
| IN RE: MOTION TO COMPEL LEXISNEXIS RISK DATA MANAGEMENT INC., PRODUCTION OF DOCUMENTS AND DESIGNATION OF A CORPORATE WITNESS PURSUANT TO FED. R. CIV. P. 45 | CIVIL ACTION FILE NO. _____<br><br>Related Case: *Espinoza v. Experian Infomation Solutions, Inc.*, No. CV-17-01977-PHX-DLR; United States District Court for the District of Arizona |

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2018, I electronically filed the foregoing with the clerk of court using the cm/ecf system.  A copy of this motion was electronically mailed to the following:

Jonathan A. Dessaules
Dessaules Law Group
5353 North 16th Street, Suite 110
Phoenix, AZ  85016
Telephone:  (602) 274.5400
Facsimile:   (602) 274.5401
Email: jdessaules@dessauleslaw.com

John A. Vogt
Ann T. Rossum
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612
Telephone:  (959) 851.3939
Facsimile:   (949) 553.7539
Email: jvogt@jonesday.com

Email: atrossum@jonesday.com

*Counsel for Experian*

Julie Hoffmeister
TroutmanSanders LLP
1001 Haxall Point
Richmond, VA 23219
Direct: 804.697.1448
julie.hoffmeister@troutman.com

Todd D. Erb
Lewis Roca Rothberger Christie LLP
201 E. Washington St.
Phoenix, AZ 85004
terb@lrrc.com

*Counsel for LexisNexis*

*/s/ Craig E. Bertschi*
Craig E. Bertschi